*442
 
 Henderson, Chief-Justice.
 

 This is an appeal from the discretion of the court below, to that of this court; from a court having the means ant! the power of examining into facts, to one having neither. We can only act ou facts, established either by the admissions of the parties, or the verdict of a jury. Except in equity cases, where we have a
 
 quasi
 
 original jurisdiction, this court has neither the power nor the means of ascertaining facts. And certainly, the commissions to be allowed an executor, administrator or guardian, depend on a great variety of facts. The nature and intricacy of the estate, the difficulty and labour of managing it, all ought to be inquired into; not the bare amount of the receipts and disbursements. This court therefore, has no jurisdiction. It is true, if the court below had allowed commissions, when by law none were due, or re-fused them when legally claimed, those, mistakes in the judgment may be corrected upon appeal ; but we perceive none such here. When we entertained jurisdiction, and decided the case of
 
 Patter
 
 v.
 
 Stone,
 
 the jurisdiction of the court had not been settled. It came close upon the heels of the old Supreme Court, a court of multifarious ¡lowers, in some cases having and exercising jurisdiction on the facts, in others restricted.
 

 'Per Curiam. — Aureal dismissed.